Impleaded with Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

John Callahan, Plaintiff, v. Andrew Greis and Max Greis, Defendants. — Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

William H. Coonan, Respondent, v. Hamburg-American Packet Company, Appellant. (Appeal No. 1.) — Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Samuel Epstein, Appellant, v. Hyman Sussman and Others, Defendants, Impleaded with Edward Gribbon & Sons, Limited, Respondent.— Motion denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Bertha Fox and Others, Appellants, v. Ella B. Bainbridge and Others, Respondents.— Motion for reargument granted and case set down for Wednesday, April 24, 1912. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Clara M. Gorham, Appellant, v. Harry H. Gallinger and Others, Respondents.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Helen D. Burnett, for Payment of an Award, in the Matter of Acquiring Title, etc., for a School Site, etc. — Motion granted and matter referred to Francis J. Sullivan, Esq. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Land and Premises, Situated in the Block Bounded by Chauncey Street, Marion Street, Hopkinson Avenue and Rockaway Avenue, in the Borough of Brooklyn, Duly Selected as a Storage Yard for the Department of Highways.— Motion for stay denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Probate of the Last Will and Testament of Ellen Haggarty, Deceased.— Motion to open default denied, with ten dollars costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Nicolaus Schade and Louisa Schade, for Payment of Award Made for Damage Parcel No. 80c on Damage Map, etc., in Proceedings to Open Luyster Street, etc. — No excuse is given for the delay, and no proof of merit in the appeal is shown, as required by the special rule. Motion to dismiss appeal granted, with costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

John McCann and Another, as Executors, etc., Respondents, v. James Sullivan, Appellant, Impleaded with Others, Respondents.— Motion granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Peter Barrett Manufacturing Company, Appellant, v. Fred Van Ronk, Defendant. Everett E. Wheeler, Respondent.— Motion for reargument and for resettlement of order denied; motion for leave to appeal to the Court of Appeals granted, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.